# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3896

_____

CDC CAPITAL INVESTMENTS,
LLC as Trustee,

    Appellant,

    v.

MTGLQ INVESTORS, L.P.,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

December 31, 2018

PER CURIAM.

Because Appellant has failed to file the transcript of the bench trial and failed to carry its burden of showing reversible error, we affirm the final judgment. The lack of an adequate record of the proceedings below prevents us from determining whether the trial court abused its discretion in admitting evidence at trial. Therefore, we must affirm. *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

    AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Ian P. Hudson of King Hudson, PLLC, St. Petersburg, for Appellant.

Dariel Abrahamy of Greenspoon Marder, P.A., Boca Raton, for Appellee.

2